ACCEPTED
14-14-00920-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 6:32:53 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE**
**FOURTEENTH DISTRICT COURT OF APPEALS**
**HOUSTON, TEXAS**
**NO. 14-14-00920-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 6:32:53 PM
CHRISTOPHER A. PRINE
Clerk

**LEONARD STOREMSKI**
**APPELLANT**

**On Appeal from Cause Number 1361698**
**From the 263rd District Court**
**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

**APPELLANT'S MOTION FOR EXTENSION**

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, Leonard Storemski, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

**I.**

The appellant has a concurrent appeal in COA No. 14-14-00921-CR. Counsel filed a motion for extension in that case but accidentally failed to put this cause number in the caption of her motion as well. The motion in the other case was granted and the due date was extended to April 23, 2015.

**II.**

Counsel requests for this case to be aligned with No. 14-14-00921-CR and for the brief to also be due on April 23, 2014.

## III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension to April 23, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas


/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net


## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.

/s/ Sarah V. Wood
Sarah V. Wood